| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF RHODE ISLAND<br>---------------------------------x<br>In re:<br><br>David J. Bell and Diane Bell<br>aka Diane Snoke<br>       Debtors<br>---------------------------------x | *Form E:  Joint Status Report*<br>**THREE PAGE DOCUMENT**<br><br>BK No. 14-12459-DF<br><br>Chapter 7 |

### JOINT LOSS MITIGATION STATUS REPORT

Date: **March 16, 2015**

The Debtor(s) requested loss mitigation as to the **first** mortgage on the real property located at **34 Pine Avenue, Coventry, RI 02816** on **January 6, 2015** with **JPMorgan Chase Bank, NA** ("Creditor").

The Court entered a loss mitigation order on: **January 29, 2015**

The Creditor filed its contact information on **February 13, 2015**

The Debtor(s) submitted <u>an initial</u> loan modification application to the Creditor on **February 12, 2015**

If this is a Chapter 7 case, the Debtor(s) have filed the financial management course certificate with the Court on <u>February 3, 2015</u>, ~~or if not yet due, will file the certificate with the Court by the due date of _____~~.

### *Current Status*

Please complete one:

x  The first status hearing is scheduled for **March 18, 2015.**

   ~~The parties filed a proposed Consent Order (Form F) on~~ **date** ~~which the Court entered in lieu of holding a status hearing.~~

Actions Required:

The Court, by post-hearing Order or entry of the parties' proposed Consent Order (Form F), required the following actions to be completed by the parties by the dates noted:

| |
|---|
| N/A |

Did the Debtor(s) comply with all ordered deadlines? **N/A.**  If No, provide a full explanation of why the deadlines were not met.

1

|  |
|---|
|  |

Did the Creditor comply with all ordered deadlines? **N/A.**  If No, provide a full explanation of why the deadlines were not met

|  |
|---|
|  |

Outstanding Document Request:

~~The following documents requested by Lender will be submitted by the Debtor(s) to the Creditor by~~

| The file is currently with the underwriter for review. Additional documents may be requested by the underwriter. |
|---|

*__Expected Completion of Loss Mitigation – If Trial Plan or Loan Modification Agreed To__*

Please indicate as applicable:

~~The Debtor(s) is/are currently participating in a trial payment plan period with the final trial payment scheduled to be paid on~~ **date**

~~The parties have agreed to a permanent or temporary loan modification. _____~~

~~If a Chapter 7 case and the parties have agreed to a permanent or temporary loan modification:~~

> ~~The parties agree that loss mitigation can terminate as successfully completed and will file Form D by_____; or~~

> ~~_____ is the date by which loss mitigation can terminate as successfully completed and the parties will file Form D by _____.~~

~~If the case is pending under Chapter 13 and a loan modification has been agreed to, the parties agree to file a Motion to Approve Loan Modification by _____, and upon approval of such motion, the parties will file Form D and loss mitigation can terminate as successfully completed.~~

*__Consent Order__*

The parties have attached[1] a proposed Consent Order (Form F) setting forth agreed deadlines for further action by the parties to accompany this Status Report.

| Debtor(s) | Creditor |
|---|---|
| By counsel: | By counsel: |
| /s/ Edward J. Gomes | /s/ Tatyana P. Tabachnik |
| Edward J. Gomes, Esquire | Tatyana P. Tabachnik, Esquire (RI#8911) |
| Attorney and Counselor at Law | Harmon Law Offices, PC |
| 91 Friendship St. Ste. 3 | 150 California Street |
| Providence, RI 02903-3837 | Newton, MA 02458 |
| (401) 521-5170 | Tel: 617-558-0500 |
| Fax: (401) 421-0876 | Fax: 617-243-4049 |
| Email: attyejg@yahoo.com | ribk@harmonlaw.com |

---

[1] When filing the Status Report and proposed Consent Order in ECF, Form F should be filed as an attachment to Form E using the event Loss Mitigation Status Report [located under Bankruptcy>Loss Mitigation menu].