UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF RHODE ISLAND

*Form F: PROPOSED CONSENT ORDER*  
**TWO PAGE DOCUMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x  
In re:

                                                   :         BK No. 14-12459

David J. Bell and Diane Bell  
aka Diane Snoke

                    Debtors    :         Chapter 7

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION**

The Court, having scheduled a status hearing on loss mitigation for **March 18, 2015** at which counsel for the Debtor and JPMorgan Chase Bank, NA (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:

(1) ~~The Debtor shall provide all documents requested by the Creditor by **date** (the "Response").~~

(2) The Creditor shall complete its preliminary review of the information submitted by the Debtor, and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtor's counsel with a list of any additional information it requires by **March 20, 2015**.

(3) The Debtor shall fully respond to any Additional Information Request and provide all requested documents to Creditor within **7** days after receiving the same from Creditor.

(4) ~~The parties have agreed to a permanent or temporary loan modification and (a) if a Chapter 13 case, then the Debtor will file a Motion to Approve Loan Modification by _____, or (b) if a Chapter 7 case, then loss mitigation may be terminated as successfully completed and the parties anticipate filing Form D setting forth the terms of the loan modification by _____.~~

(5) Other Comments: **The file has been sent to underwriting for review. No additional documents have been requested at this time, however, the underwriter may request additional items.**

(6) In lieu of a status report, the parties request that a continued status hearing on loss mitigation be scheduled for **April 1, 2015**

Agreed to this 16th   day of March, 2015

| Debtor(s) | Creditor |
| --- | --- |
| By counsel: | By counsel: |
| | |
| /s/ Edward J. Gomes_____ | /s/ Tatyana P. Tabachnik_____ |
| Edward J. Gomes, Esquire | Tatyana P. Tabachnik, Esquire (RI#8911) |
| Attorney and Counselor at Law | Harmon Law Offices, PC |
| 91 Friendship St. Ste. 3 | 150 California Street |
| Providence, RI 02903-3837 | Newton, MA 02458 |
| (401) 521-5170 | Tel: 617-558-0500 |
| Fax: (401) 421-0876 | Fax: 617-243-4049 |
| Email: attyejg@yahoo.com | ribk@harmonlaw.com |

Consent Order Approved on this 16 day of March, 2015

_Diane Finkle_ 03/16/2015
Honorable Diane Finkle
U.S. Bankruptcy Judge

Date of Continued Status Hearing: April 1, 2015

Rev. 12/18/2013